## Commonwealth *v.* Logan, Appellant.

Submitted November 8, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Alfred P. Filippone* and *Neil H. Stein,* for appellant.

*James J. Wilson* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1972:

Judgment affirmed. See *Commonwealth v. Pierce,* 437 Pa. 266, 263 A. 2d 350 (1970).

The former Mr. Chief Justice BELL and the former Mr. Justice BARBIERI took no part in the decision of this case.